# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 3:93-cr-243-J-20MCR |
| | USM NUMBER: 16677-018 |
| HENRY SMITH | |
| | Defendant's Attorney: Susan Yazgi (AFPD) |

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) __1__ of the term of supervision.

__X__ Government has withdrawn violation of charge number(s) __2 through 4__.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct- Conspiracy to Traffic in Heroin, Cocaine and MDMA | May 2004 |
| 2 | Failure to Notify Probation Officer within Seventy Two Hours After Being Arrested or Questioned | July 2004 |
| 3 | New Criminal Conduct - Domestic Battery | July 2004 |
| 4 | Failure to Notify Probation Officer within Seventy Two Hours After Being Arrested or Questioned | July 2004 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 10, 2010

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: February 10, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty seven (37) months; said term of imprisonment shall run consecutively with the defendant's term of imprisonment already imposed or yet to imposed in any future sentence in Docket Number: 16-2004CF10391-AXXX in the Circuit Court for Duval County

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

  \_\_\_ at _____ a.m.  p.m.  on _____.

  \_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  \_\_\_ before 2 p.m. on _____.

  \_\_\_ as notified by the United States Marshal.

  \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL